UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

ASSORTED JEWELRY VALUED
AT APPROXIMATELY $21,975.00
IN UNITED STATES CURRENCY,

               Defendant.

_____/

Civil No.  09-10324

Honorable Patrick J. Duggan
Magistrate Judge Donald A. Scheer

## DEFAULT JUDGMENT AGAINST ALL INTERESTED PARTIES AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default

Judgment Against All Interested Parties and Final Order of Forfeiture, and the Court being fully

advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default

Judgment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant jewelry

valued at approximately $21,975.00, is hereby FORFEITED to the United States of America

pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title and

ownership interest of Ola Robertson, or her successors and assignees, in such jewelry, and any

right, title and interest of all other persons, is hereby and forever EXTINGUISHED and that

clear title to such jewelry is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States

Marshal's Service for the Eastern District of Michigan, or his delegate, be and is hereby

AUTHORIZED to dispose of such jewelry according to law.


S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  August 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on
August 4, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager